NUMBER 13-00-625-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


CYNTHIA ANN FORADORY
, Appellant,


v.



ROY SAENZ
, Appellee.

____________________________________________________________________


On appeal from the 319th District Court


of Nueces County, Texas.


____________________________________________________________________


O P I N I O N



Before Chief Justice Seerden and Justices Dorsey and

Rodriguez

Opinion Per Curiam



 Appellant, CYNTHIA ANN FORADORY, attempted to perfect an
appeal from an order entered by the 319th District Court of Nueces
County, Texas, in cause no. 86-2571-G. The clerk's record was
received on October 9, 2000. 

 Upon review of the clerk's record, it appeared that the order
appealed from was not a final appealable order. Pursuant to Tex. R.
App. P. 42.3, notice of this defect was given so that steps could be
taken to correct the defect, if it could be done. Appellant was advised
that, if the defect was not corrected within ten days from the date of
receipt of this notice, the appeal would be dismissed for want of
jurisdiction. Appellant failed to file a response as requested by this
Court's notice. 

 Additionally, on November 15, 2000, appellant was advised that
she was delinquent in the payment of the $125.00 filing fee in this
matter. Appellant was given notice pursuant to Tex. R. App. P. 42.3(c),
that, if the filing fee was not paid within ten days from the date of
receipt of this Court's notice, this appeal would be dismissed. To date,
appellant has failed to pay the filing fee.

 The Court, having considered the documents on file and
appellant's failure to respond to this Court's notice, is of the opinion
that the appeal should be dismissed for want of jurisdiction. The appeal
is hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 21st day of December, 2000.